# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**Barry Cooper**
**Candi Cooper**
**K████ C█████**
**K█████ C█████**
**C████ L███████**
**Z███ J███████**

C.A. NO. ___A10CA 548SS___

v.                                                    **JURY**

**Williamson County Sheriff's Department**
**Tammy Gray, David Johnston,**
**Tony Langford,**
**Margaret Johnston,**
**Judge Paul Banner,**
**Attorney Todd Teffteller,**
**Attorney Mike Martin,**
**Judge Judy Hobbs,**
**Sgt. Gary Haston and all officers**
**Involved in the March 2, 2010 raid**
**on plaintiff's home,**
**Sheriff James Wilson,**
**Williamson County Jail,**
**Odessa Police Department,**
**City of Odessa,**
**Texas Rangers,**
**County of Williamson,**
**Patricia Harris,**
**Judge Suzanne Brooks,**
**Cpt. Nassour**
**Constable Russell Harris**

# <u>Summary Of Original Complaint</u>

This suit is for forty million dollars ($40,000,000.) This suit involves a real conspiracy

that has targeted two popular activists, Barry and Candi Cooper, because of their legal videos titled "NeverGetBusted" that teach citizens how to avoid being arrested for marijuana and their reality show titled "KopBusters." Barry and Candi's organization stress civil disobedience but maintain a strict policy of non-violence.

Barry was once considered one of America's top drug enforcement agents and when realizing the War on Drugs was an unfair and failed policy, he switched sides and became a proponent for the legalization of marijuana.

In retaliation for embarrassing law enforcement in planned sting operations that exposed police corruption, the conspirators raided Barry and Candi's home for a misdemeanor they did not commit and placed Barry and Candi in solitary confinement on two separate occasion.

The conspirators seized over 50 tapes worth millions of dollars from Barry and Candi that contain evidence of police corruption.

The conspirators communicated and planned with each other to take Barry and Candi's 7-year old handicapped son.

The conspiracy spans over a four-year period and unfolded as the opportunity arose to silence Barry and Candi Cooper.

The conspirators include several judges, many law enforcement officers and agencies, several lawyers, and many civilians.

Law enforcement officers involved in the conspiracy submitted written reports to the Texas Child Protective Services claiming Barry and Candi were endangering their children because

*"Parents (Barry and Candi) are unsuitable and create an environment where the children believe the government is out to harm them and (the Coopers) do not believe in church."*

The conspiracy was devised to maliciously prosecute and falsely imprison Barry and Candi for exercising their constitutional rights of Freedom of Speech and Religion.

The Coopers have recently signed a movie deal with Bret Ratner and Franck Khalfoun in Hollywood to produce a full feature film featuring their lives and struggles.

Yolanda Madden was recently released from federal prison after Barry and Candi launched a KopBuster sting, which exposed the officers who planted an ounce of methamphetamine on her.

The Texas Rangers were recorded verbally assaulting Barry Cooper by threatening to "kick Barry's ass." The Texas Rangers later arrested Barry and Candi.

Barry and Candi will drop this suit if all the officers involved are fired. All monetary

rewards gained as a result of this suit will be used for Barry's next Attorney General Campaign and to create a program that feeds the hungry prisoners of this nation.

The civil and criminal cases arising from this conspiracy have placed Plaintiffs in the position of receiving unequal treatment of the state and federal constitutional law involved in this case. In addition to Plaintiff's claims of injury due to deprivation of their 4,5,6,8 and 14 constitutional rights, Plaintiffs also claim for damages resulting from Defendant's deprivation of Plaintiff's Texas Constitutional rights. Plaintiffs seek damages for violations of the Texas Tort Claims Act and other Texas statutory claims and claims under the common law causes of action of fraud, official oppression, false statement, false imprisonment, malicious prosecution and others.

**Plaintiffs request the court to order the following:**

1. Award plaintiffs forty million dollars ($40,000,000)
2. Order the Williamson County Sheriff's Department to immediately return plaintiff's property so plaintiff can earn a living.
3. Order all officers involved to resign and strip them of their peace officer's license.
4. Place a temporary restraining order on all defendants, which would protect plaintiffs from farther retaliation.
5. Grant plaintiffs a continuance for the Final Hearing in the custody battle over plaintiff's son, Z██ J█████.  The final hearing is scheduled for August 5, 2010 in Upshur County District Court.

# **Original Complaint**

### **TO THE HONORABLE UNITED STATES DISTRICT JUDGE**
COME NOW PLAINTIFFS, BARRY COOPER, CANDI COOPER, K███ C█████, K████ C█████, C██████ L██████ AND Z███ J█████████, Complaining of Defendants, Tammy Gray, David Johnston, Tony Langford, Margaret Johnston, Judge Paul Banner, Attorney Todd Teffteller, Attorney Mike Martin, Judge Judy Hobbs, Sgt. Garry Haston and all officers involved in the March 2, 2010 raid on plaintiff's home, Sheriff James Wilson, Williamson County Jail, Odessa Police Department, City of Odessa, Texas Rangers, County of Williamson, Patricia Harris, Judge Suzanne Brooks, Constable Russell Harris.

## **JURISDICTION AND VENUE**

Jurisdiction in this action is proper in that questions of federal constitutional and statutory law predominate in this lawsuit. Plaintiffs seek recovery of damages pursuant to 42 U.S.C. 1983. Plaintiff's claims herein assert violations of their rights conferred on them by Amendments 1,4, 5, 6, 8 and 14 and the due process and equal protection clauses of the U.S. Constitution.

## SERVICE OF PROCESS

PLEASE SEE ATTACHED FOR LIST OF DEFENDANTS AND THEIR ADDRESS

## CLAIMS

1.  Plaintiff, Barry Cooper, is married to plaintiff, Candi Cooper.  Barry has two biological children, K████ C█████ age 17 and K████ C█████ age 14.  Their biological mother is Tammy Gray.  Candi has two biological sons, C████ L██████ age 11 and Z███████ J██████ age 7.  C█████ biological father is Tony Langford and Z█████ biological father is David Johnston.  All four children are also plaintiffs in this suit.

2.  Barry and Candi lived in Upshur County, Texas most of their lives and currently are now a two year residence of Travis County, Texas.

3.  Barry and Candi are nationally recognized activists who have appeared on every major news outlet, several front covers and features of various magazines, and operate a popular anti-drug war website, NeverGetBusted.com.

4.  Barry and Candi are currently under contract with Hollywood giant, Bret Ratner, to produce a feature film about their activism.

5.  Barry was once considered one of America's top drug enforcement officers who made record drug seizures and taught in various police schools throughout the State of Texas.  Barry is often hired as an expert witness in criminal courts involving police corruption and often acts as a guest instructor at various criminal defense lawyers' seminars.

6.  Barry and Candi have a successful Internet reality show called, "KopBusters" where Barry uses his previous law enforcement knowledge to set up, trap and bust corrupt police officers.   Three successful sting operations have been conducted by Kopbusters since it's inception in 2009.

7.  The first sting operation conducted in Odessa, Texas resulted in KopBusters successfully filming police conducting an illegal raid on a trap house set by KopBuster detectives.  The goal of this operation was to bring attention to the Yolanda Madden case.  At the time, Yolanda was four years into serving an eight-year federal prison sentence for an ounce of methamphetamine that was planted on her by the Odessa narcotics officers.

8.  Since the operation, a federal judge, vacated Yolanda Madden's sentence and released her from prison.  Since the operation, Barry and Candi and his family have become the target of retaliation by several law enforcement officers and their agencies including the Texas Rangers who threatening to "kick Barry's ass."  A clear recording of this threat is attached to this complaint or can be seen on the website, Youtube.  Barry and Candi have also received numerous emails from law enforcement officers who have threatened to retaliate.

9. The second sting involved Barry acting as an informant for the Columbine Police Department to help capture and execute a search warrant on a police officer accused of soliciting minors for prostitution and various other felony charges. The corrupt officer was successfully taken into custody during this sting operation.

10. The third sting involved KopBusters planting a bag containing money in front of unsuspecting cops to test whether the officers steal the money or turn the money in as evidence.

## Barry and Candi Raided By Ex-Brother-In-Law

11. In 1990, Barry Cooper graduated the Kilgore Police Academy along with his brother-in-law, Russell Harris. Barry and Russell were high school friends and were known in the community as being best friends. Russell was married to Barry's wife's sister.

12. In September 2001, Barry divorced Tammy Gray in Gregg County, Texas and voluntarily gave Tammy primary residency of K████ and K████ but Barry maintained joint custody.

13. Barry divorced Tammy because Tammy was diagnosed with clinical depression and obsessive-compulsive behaviors that made the marriage unsafe for K████ and K████. Tammy also believed Jesus hated her and the dragon in the Book Of Revelations was out to destroy her.

14. During the last year of their marriage, Tammy maintained a homosexual relationship with one of her high school friends. Tammy was also addicted to cocaine that she obtained by stealing the cocaine from Barry's police drug K-9 training stash.

15. In 2001 and while having primary residency of K████ and K████, Tammy attempted suicide by eating a bottle of Valium. She was transported to the hospital by ambulance where she remained hospitalized for three days. The suicide attempt happened while Kelsie and Kenzie were in the same apartment with Tammy.

16. Because of the divorce, Russell Harris turned on Barry and the community soon recognized the pair as enemies. In 2002, during an exchange of K████ and K████ in Gladewater, Texas, Tammy conspired with Russell to attack Barry Cooper. Russell Harris was lying in wait and upon Barry's arrival, Russell attacked Barry and a violent fight ensued. A citizen saw the fight and pointed a .45 handgun at Russell and Barry to break up the fight. A report by the Gladewater Police Department was made but no charges were filed.

17. Soon after the assault, Russell Harris was elected as Upshur County Constable where he remains at the time of the filing of this complaint.

18. On February 5, 2004, newly elected Constable Russell Harris left a message on Barry N. Cooper's cell phone: "Hey you fuckin' cunt, call me back at 903 297 1222 and I will kick your ass. Just call me back whenever you get a chance you UFC fightin' bitch. Bye." Barry N. Cooper has a clear audio recording of this message and can prove through phone records the threat was unprovoked because Barry had not spoken with Russell Harris since shortly after the fight in Brookshire's parking lot.

19. In 2004, K▆▆▆ and K▆▆▆ decided they wanted to live with Barry and Candi.

20. Tammy agreed with the move and allowed K▆▆▆ and K▆▆▆ to move their belongings into Barry and Candi's home located in Upshur County, Texas.

21. On December 9, 2005 during the move and in secret, Tammy hired Upshur County attorney, Todd Teffteller.

22. Todd Teffteller was formerly a defense attorney who represented several citizens that Barry arrested for drug violations. Todd Teffteller made it clear to the community that he hated Barry Cooper.

23. Led by Todd Teffteller, Tammy filed a bogus affidavit alleging two things:

a. Barry was not allowing Tammy to see K▆▆▆ and K▆▆▆.
b. Barry was not taking K▆▆▆ and K▆▆▆ to school.

24. Barry later proved in court that K▆▆▆ and K▆▆▆ had only missed one day of school and both children had visited Tammy three times on three separate occasions within days of Tammy filing the false affidavit.

25. The purpose of the affidavit was to obtain a Writ Of Attachment from Upshur County District Judge, Lauren Parish.

26. Lauren Parish signed the writ based on the fraudulent affidavit and instead of following normal procedures and protocol by notifying Barry and Candi's family lawyer, Angela Smoak, (Attorney Angela Smoak and Attorney Todd Tefteller work closely together on a daily basis and worked closely together throughout Barry and Tammy's case) or forwarding the Writ to the Upshur County Sheriff's Department for service, Judge Parish gave the signed Writ to Todd Teffteller who gave the Writ to Barry's arch enemy, Constable Russell Harris for service.

27. All conspirators were fully aware of the ongoing violent nature of Barry's and Russell's relationship. Although Constable Harris is afforded statewide jurisdiction in certain matters, he is not the Constable of the precinct where Barry and Candi resided. There were over 50 officers available at the time to serve the Writ instead of Constable Harris.

28. Barry knows from past law enforcement experience that a Writ of Attachment is

served in the following manner:  Officers unrelated to the case arrive, knock on the door and explain a Writ has been issued to take the children and place them in the custody of the other parent until the assigned court date.  The other parent usually waits at the police station and is never invited along for the execution of the writ.

29.  Instead of following this protocol, Russell Harris arrived at Barry and Candi's home in Big Sandy, Texas with Tammy and several other officers in tow.  Their plan was to pick a fight with Barry during the raid so an arrest could be affected making Barry appear to be violent and crazy.

30.  Fortunately, Barry was not at home during the raid.

31.  Russell Harris knocked on Barry and Candi's door and upon Candi opening the door, Russell and several officers forced their way into the residence by pushing the door open and Candi out of the way.  Their first words were "Where is Barry Cooper."

32.  Upon learning Barry was 40 miles away; Constable Harris ordered the children to go with their mother.  The children refused at which time Constable Harris tried conning the children by stating he was their uncle and they must go with him.  When this did not work, Constable Harris threatened the children by explaining they would go to jail if they did not comply.  When this did not work, Constable Harris and other officers grabbed 14 year old, K███, and began dragging her outside with K██ resisting.  The police officers attempted to cram K██ into Constable Harris' patrol car with Kelsie "air plaining" to avoid being taken.  This struggle lasted approximately 20 minutes.

33.  During this time, Tammy forcefully grabbed the other daughter, 12-year-old K████ and tried cramming her in the same patrol car at the opposite door.  K███ escaped from Tammy and ran in the house.  The police then released K███

34.  Barry telephoned Big Sandy Chief of Police Ronnie Norman who is a mutual friend to Barry and Constable Harris and is aware of the shared hate between the two men.  Upon hearing the situation, Chief Norman agreed to leave his jurisdiction and respond to Barry's house.  Chief Norman convinced Barry not to drive to Barry's residence because he knew violence would erupt between Barry and Russell.  Upon arrival, Chief Norman strongly opposed Constable Harris' and the deputies handling of Barry's children.

35.  The police and Tammy were unsuccessful in affecting the writ because of the resistance from K███ and K███ and so they left the scene.

36.  The fight between K███ and K███, their mother and the police was so bad; bruises were left on Kelsie's upper arms.

37.  The plan plotted by Constable Harris, Tammy Grey, Todd Tefteller and Judge Lauren Parish was intended to cause Barry to react in the presents of Constable Harris and the deputies in a manner of self-defense that would be reported as resisting, assault or both.  Fortunately, Barry was not present during the botched raid.

## Upshur County Court Mistreats Barry and Candi

38.  Shortly after the botched civil raid, on 12-20-06, a custody hearing was held in front of Judge Lauren Parish where Constable Harris admitted to leaving bruises on K███. Constable Harris testified under oath he never threatened Barry Cooper.  Judge Parish allowed Barry's attorney to enter into evidence the February 5, 2004 audio recording of Harris' threat but she refused to listen to the recording.  This recording would have proved to Judge Parish Constable Harris' willingness to lie under oath.  Judge Parish also refused to hear Barry's witnesses to the raid.

39.  Judge Parish and Todd Tefteller both questioned Barry extensively on unimportant parental matters such as Candi having tattoos and Barry's profession of promoting mixed martial arts contests.  Barry testified he was two months behind on child support because he was hoping to win the children and Tammy could be credited the amount when ordered to pay her child support.  Barry testified he had the money in his pocket.

40.  After a battery of unfair questioning from both Todd Tefteller and Judge Parish, the Judge ordered the children to return to Tammy Gray and placed Barry on 20 years probation for child non-support and not returning the daughters.  The probation was never filed because soon after, Tammy Gray telephoned Barry and stated he could take primary residency of the children.  Barry and Candi immediately picked up K███ and K███, had the legal papers changed, and are still in custody of K███ and K███ who are strait "A" students and considered very popular.

41.  Judge Parish's grossly unfair rulings against Barry in court ads even more support to the idea of a plot against Barry.

42.  The entire event clearly violated Plaintiff's Fourth Amendment rights by unreasonably searching Barry's residence and unreasonably arresting the children.  Plaintiff's Fourteenth Amendment rights were violated by the defendant's conduct that would shock the conscience and offend the community's sense of fair play and decency for this truly horrendous abuse of governmental power.  The defendants acted with an evil motive and intent and with reckless and calloused indifference.  Plaintiff's loss was reasonably foreseeable by the defendants.

43.  Constable Harris, Tammy Gray and Todd Teffteller are current witnesses against Barry and Candi in the Upshur County family court case regarding the custody of Z███.  All three defendants regularly communicate with each other and the Williamson County Sheriff's department in a plot to violate Barry and Candi's civil rights.

44.  K███ and K███ C█████ have had no contact with their mother, Tammy Gray, for three years.

## **Barry and Candi File 10 Million Dollar Federal Lawsuit**

45.  In 2006, Barry and Candi filed a lawsuit in Federal Court regarding the incident listing Judge Parish, Todd Teffteller, Constable Harris and Tammy Gray as defendants.

46.  Barry and Candi lost the suit in a summary judgment that claimed Constable Harris was acting appropriately because he had a Writ of Attachment signed by a judge.  The court ruled Harris acted appropriately regarding use of force and the bruises would not have been left on K████ if K████ had not resisted.

47.  This lawsuit further aggravated Todd Teffteller, Russell Harris and Tammy Gray, which fueled them to continue attacking Barry and Candi to this present day.

## **KopBuster Bag Drop Sting Operations**

48.  Barry and Candi edited the following article taken from TrueSlant reporter's, Stephen Webster, report which covered the KopBuster sting that led to Barry and Candi being raided and falsely imprisoned.  The police, judges and other listed defendants use these media reports in open court against Barry and Candi. This is Barry and Candi's statement regarding the Bag Drop operation:

*49.  To call Barry Cooper "over the top" is an understatement. You may have seen him on the pages of Maxim, or during one of his many appearances on CNN, Fox News and Spike TV. He's the cop who turned against the drug war, whose been trying to sell a self-explanatory reality show he calls "KopBusters." Yeah, that guy.*
*In American pop culture right now, there's nobody quite like him. As one of the former top drug cops working the Texas highways, he was ferocious, bringing down hundreds of people for possessing even tiny amounts of an illegal substance. In his new life as an anti-prohibition crusader and activist filmmaker, he's just as ferocious, but now it's his former colleagues in law enforcement who are sweating his intimidating gaze.*

*50.  He set up a fake pot grow house in Odessa and tricked cops to crash through the door without proper legal authorization. In the process, he helped release former drug prisoner Yolanda Madden out of a Texas Federal Prison. He even flipped and became an informant for police in Combine, Texas, helping put the kibosh on a former police chief-turned accused child porn fiend's freedom. All of them, ass-wild tales to tell. Each true.*

*51.  Cooper is on a mission to free America's pot prisoners and take down the abusive cops he once sought to emulate. In the terminology of war, Barry is an insurgent, lobbing bombs into the fourth estate as his form of penance for all the people he put behind bars on drug offenses. Believe it or not, he's even turned a few cops into admirers.*
*That's a hell of a thing to say about a guy whose livelihood is kept afloat by selling DVDs that teach viewers how to buy, sell, transport and grow marijuana without getting caught. A hell of a thing, yes, but also true.*

52.  On Wednesday, he again proved his moxie with handling law enforcement; this time in something he called "Operation Finders Keepers." Captain George Nassour, of the Liberty Hill Police Department, was about to have a very bad day.

53.  Several months ago, Officer Nassour had stumbled upon a little black bag at a self-serve car wash in Liberty Hill. Inside, he discovered a drug ledger written in Spanish, a glass stem seemingly burned on one end, $45, some beers, a half-eaten peanut butter sandwich, a pair of red and blue 3D glasses and various other personal effects. Wedged in the top of the vinyl lunchbox, a cleverly disguised GPS tracking device. It was a trap, laid by Cooper.

54.  Cooper targeted Cpt. Nassour because Cooper was hired by an Austin Attorney to be an expert witness regarding Cpt. Nassour forcing his drug dog to false alert on automobiles to gain probable cause to search.

55.  Crouched behind bushes near the car wash, Barry had his camera leveled at the officer. The goal was to catch Nassour on video stealing the money, then pick a time later on to confront the officer with a camera crew, ambush-news style.

56.  On the video, Officer Nassour can be seen flipping the top of the box open and peering inside, then returning to his car and driving away.

57.  A second anonymous call noting what looked like drug paraphernalia in the bag was enough to get Nassour back out to the scene. This time, he carefully scanned the area with his spotlight before approaching the box. Seeing nobody in the distance, he seized the package and rummaged through the items within, eventually walking toward a nearby dumpster, then returning to his vehicle and driving off.

58.  Inside the dumpster, Cooper and crew found the bag and almost everything that was in it. Their GPS tracking device had been removed and tossed into a separate trashcan. The money, the phony crack pipe and their fake drug ledger were all gone.

59.  Several days later, he filed a Freedom of Information Act (FOIA) request with the Liberty Hill Police Department, in search of a report about the bag. There was none.

60.  For contrast, Cooper set up a similar operation in Lockhart, Texas, just south of Austin. Same bag, same contents, another faux crack pipe, another drug ledger and another $45, this time hidden in a public park grill. Officer C. Jakel of the Lockhart PD showed up at the park to investigate the suspicious package. After a brief examination, he took the box directly to his department's evidence room, according to Cooper's GPS location tracking.

61.  A FOIA request filed days later returned a full report detailing the contents of the box, Cooper's $45 included.

62. As a law enforcement official, Nassour likely knows that theft under $50 in the State of Texas is a Class C misdemeanor, but when it involves a public servant the state steps it up to a Class B. Tampering with evidence is a felony. The Class B misdemeanor is enough to get Nassour terminated from the force. If he's found to have committed the felony, his fate would then rest with a prosecutor.

63. Cooper's plan was seemingly simple: take a camera crew and local media out to Liberty Hill while Nassour was on shift. Upon arriving in Liberty Hill, Cooper learned Nassour was off duty.

64. After a brief strategy session, Cooper decided to call out the officer on duty, who was more than a little leery of a camera crew standing in the parking lot of the local "Donut Palace."

65. About 100 yards away, a white Dodge Charger sporting police colors slowed and stopped as soon as the driver was within eyeshot of the strange scene. About five minutes later, he rolled forward roughly 50 yards, and then stopped again. The officer eventually pulled into the parking lot and hopped out of his car. As the Cooper and crew approached, the officer became visibly nervous, holding out his right palm to impede their progress as his left hand affixed to a Taser on his belt.

66. "We're unarmed! We're friendly! We're non-violent people!" Cooper declared as he and his entourage took careful steps toward the officer, allegedly the only cop on duty in Liberty Hill that afternoon.

67. After some negotiating Officer Rodriguez agreed to contact headquarters and try to get the chief to meet with Barry. It worked. As he was breaking the news to Barry — even after telling him that the chief was not on duty.

68. Moments later, Cooper was on the LHPD's doorstep, bartering to get a camera inside for the interview with Chief Randall Williams. Williams initially refused to allow a camera into the station; even as he stood next to a sign that noted the building is constantly under audio and video surveillance.

69. "Well then, I'm not gonna show you this video evidence of someone committing a felony," Barry said. "It's actually one of your officers."
That did it. Williams agreed to allow one camera, but refused to let everyone in.

70. Once inside, Cooper sat him down and played the video. On the footage published to the Web, Chief Williams seems hesitant to jump to conclusions, but did confirm the subject was Captain Nassour and his black Dodge Charger. He added that if Nassour did indeed keep the money, he would be fired. "I appreciate you bringing these concerns to my attention," Williams said. "It is a bit unusual, but, uh ... You're doing a service. I mean, I'm not ... I don't approve of everything you do because I don't know everything you do. But, it's ... Watch groups are necessary."

71.  *Meanwhile, Barry said he plans to find himself in Lockhart sometime soon, bearing a framed certificate of excellence with Officer Jakel's name on it, as a token of appreciation for turning in the money and passing Cooper's "Finders Keepers" test.*

72.  *Many attempt were made by Cooper to award Officer Jakel but no officers would return Cooper's calls.*

73.  *User NeverGetBusted published this video to YouTube on Thursday, Feb. 25, 2010 where it remains posted.*

## Williamson County Raids Barry and Candi for Misdemeanor False Report To Peace Officer

74.  Barry and Candi edited the following article taken from TrueSlant reporter's, Stephen Webster, report which covered the raid on Barry and Candi's home. This is Barry and Candi's statement regarding the raid:

75.  Five days after posting Cpt. Nassour's crime on Youtube, On Tuesday, March 2, 2010, the Williamson County Sheriff's Department raided the NeverGetBusted headquarters and home of Barry and Candi Cooper located at 2512 Grand Mission Way, Pflugerville, Texas in Travis County.  The raid was for a misdemeanor.

76.  Barry Cooper was pulled over and arrested on Tuesday night, as he was en route to a speaking engagement before the University of Texas Libertarian Longhorns.

77.  The Williamson County Sheriff's Department along with the Travis County Sheriff's Department swarmed Barry's Suburban during a traffic stop and hand-cuffed Barry in front of his 14 year old daughter, K███ C█████

78.  When Barry and K███ were pulled over on their way to the University of Texas, officers inquired about the contents of his garage.

79.  Several months earlier, Cooper purchased a grow tent and stored it in his garage, expecting to grow tomatoes as legal way to teach the basics of indoor marijuana cultivation on one of his films.  It has nothing in it, having been set aside and stored in his garage in favor of other projects.

80.  The Kops were doing surveillance on Barry's house and when Barry opened the garage door, they saw the tent. When Sgt Haston pulled Barry over, he interrogated Barry asking him how many plants Barry had growing in the house.

81.  Sgt Haston thought Barry possessed a felony amount of marijuana and instead of investigating further; Sgt. Haston and the Williamson County Sheriff's Department used the misdemeanor False Report Warrant to gain access to the imagined marijuana plants.

82. Sgt. Haston thought the bogus charge of False Report would be overshadowed by the breaking story of Barry and Candi being arrested for a felony amount of marijuana.

83. The police then transported Barry and K████to their home and forced them to watch the raid from the front yard. Barry and Kenzie had no way of warning Candi that police were about to terrorize her and Zack.

84. Approximately fifteen officers entered the unlocked front door and pointed their weapons at Candi and Z████. This terroristic act almost caused Candi to pass out.

85. The raid was very embarrassing to the Cooper's since their house is located in a crowded suburban neighborhood.

86. Officers seized their computers, phones and other digital media. Barry was charged with a misdemeanor offense, making a False Report to a Police Officer, in retaliation for the sting operation he recently carried out against Captain Nassour in Williamson County, Texas.

87. The search and arrest affidavit claim used to raid the Cooper's home and imprison them states the police heard Barry talking in the background when an unidentified caller called in a suspicious bag.

88. Officers found a minuscule amount of suspected marijuana in Barry and Candi's home during the search.

89. United States police forces including the Williamson County police typically do not stage home invasions over misdemeanor offenses. This raid points to further retaliation to silence Barry and Candi.

90. Travis County police officers obtained a second warrant, out of Travis County, for the marijuana that was found in Cooper's house.

91. A warrant for Candi's arrest was issued for possession of marijuana. She later turned herself in to Travis County authorities at the Travis County jail.

92. Every April, Austin, Travis County, Texas is home to one of the largest reggae and marijuana festivals in the nation, where people smoke marijuana openly in front of police for days and arrests are rarely if ever made.

93. The arrest warrants for Barry and Candi over less than a gram is highly unusual for the most liberal county in Texas.

94. Barry was transported to the Williamson County jail where he was strip searched and placed in solitary confinement for 2 days awaiting a bond to be set.

95.   The entire raid was terrorizing to the Cooper family.  All members of the Cooper family exhibit signs of Post Traumatic Stress Syndrome since the raid.

96.   The Cooper's were forced to leave their home and move away because of the raid.

97.   The lead arresting officer was Sgt. Gary Haston, with the Williamson County Narcotics Unit who had a personal vendetta against Barry.  Upon arresting Barry, Sgt. Haston explained to Barry that Sgt. Haston use to be a fan of Barry's when Barry was one of America's leading narcotics officers.  Sgt. Haston continued by explaining he was angry and disappointed when Barry released the NeverGetBusted videos.

98.   A memo sent out by the Texas Narcotics Officers Association that details a training course conducted by Sgt. Gary Haston of the Williamson County Sheriff's Department.  Below the course description, there's a bio for Sgt. Haston. It reads:

*Sergeant Haston has been in law enforcement for seventeen (17) years with the past (13) thirteen years working in the field of narcotics. (5 years assigned to the Capitol Area Narcotics Task Force, 3 years to the Drug Enforcement Administration (DEA) Austin Resident Office and 5 years at the Williamson County Sheriff's Office Narcotic Unit) Sergeant Haston has investigated hundreds of narcotic crimes including undercover narcotic enforcement and criminal highway interdiction. Sergeant Haston has been an instructor for the Office of the Governor-Texas Narcotic Control Program, the Regional Counter-Drug Training Academy in Meridian, Mississippi, the Capital Area Police Training Academy in Austin, Texas and the Williamson County Sheriff's Office. Sergeant Haston is the 2008-2009 Texas Narcotic Officer's Association Vice President for the Texas Narcotic Officers Association Central Region.*

99. Apparently, an alleged misdemeanor was enough to get Sgt. Haston's attention.  This over reaction by law enforcement illustrates excessive use of force and to personal vendetta against Barry and Candi.

100.   The warrant to search Barry's home was issued with the approval of Judge Judy Schier Hobbs, a Justice of the Peace in Williamson County's fourth precinct.

101.   While the county's biographical information on Hobbs lauds her as the Taylor Area Businesswoman Association's "Woman of the Year" for 1989, and the State of Texas Justice of Peace and Constables Association's "Judge of the Year" for 1998, a quick query of the State Bar of Texas reveals that she was not a lawyer before being appointed to the judicial branch, where she has served since 1982. Hobbs is a life-long Williamson County resident and her husband, the chief of police in the City of Taylor for over 30 years, once served a stint as Williamson County's interim sheriff.

102.   One of Cooper's associates called judges like Hobbs a "judge in a box," always ready to assist police, even on something as rare as an alleged misdemeanor that makes police want to breach someone's home.

103. Barry owns and operates a campaign website, "BarryBomb," where he was running for Texas Attorney General. Barry's candidacy has a lot to do with Williamson County's retaliation because Barry has publicly stated that upon being elected he would revamp the entire Texas criminal justice system starting with the firing of all corrupt officers.27. Barry has dropped out of the Attorney General race because of the trauma caused by the raid and arrests.

104. Prior to the raid, Barry publicly announced if he lost the Texas Attorney General race, he would run for Travis County Justice of the Peace Precinct Five, against the very judge who issued arrest warrants for he and his wife over the suspected marijuana roaches.

105. Solicited for legal advice, Maury D. Beaulier, an attorney in St. Louis Park, MN, said that home invasions on the basis of an alleged misdemeanor are rare in his experience.

*"A search warrant may be issued if there is probable cause to support the belief that evidence of criminal activity may be found with the warrant," he wrote. "To be issued, a law enforcement officer must submit an affidavit seeking the warrant.*
*"In my 19 years of experience with criminal defense matters, a search warrant for a misdemeanor charge is certainly unusual. It indicates to me that this is a targeted investigation. It may be targeted because it is believed to be a part of a greater crime or conspiracy, or, perhaps, because there are political motivations at work."*

106. Many attempts were made to have the Williamson County Sheriff's Department return Barry and Candi's property. A portion of Barry and Candi's property was returned but the Williamson County Sheriff's Department is refusing to return approximately fifty videotapes Barry and Candi collected over the past 4 years.

107. All the tapes were produced by Barry and Candi and are raw footage of KopBuster stings, police encounters, instructional films and public appearances made by Barry and Candi.

108. These tapes are worth millions of dollars and are vital to Barry and Candi's profession because the tapes were being saved to produce full feature films to be sold to Hollywood producers.

109. These tapes also contain evidence of farther police corruption that had not been released yet.

110. While these tapes remain in the custody of the Williamson County Sheriff's Department, Barry and Candi's income has been drastically limited. The Sheriff's department is intentionally keeping these videos from Barry and Candi to further harass them and deny their right to make a living.

111.  The Williamson County Sheriff's Department deliberately lied in a press release regarding the raid.  The Odessa American Newspaper reported:

> *"The former Odessa narcotics agent and producer of the promotional video series "Never Get Busted" was jailed Tuesday on multiple charges — including possession of marijuana — while conducting one of his notorious hoaxes on police in Florence, Texas, authorities said.*
> *Williamson County Sheriff's Office Sgt. John Foster said Cooper called in a suspicious package about 5 p.m. Tuesday (March 2) on the campus of the Florence Middle School. Foster said the package contained "a glass pipe that is normally used to smoke crack cocaine."*
> *"Apparently, he was doing this to test us," Foster said. "When you do something like this on a school grounds, even though it's after school hours ... I'm sure the parents and faculty would probably have been quite alarmed to find a crack pipe on their campus."*

112.  Barry, Candi and KopBusters never placed any bag on any school campus on Tuesday, March 2, 2010 at 5 p.m.  The bag was placed at Florence Middle School months before March 2, 2010 and the operation was conducted at midnight.

113.  Williamson County's media release contained lies and was slanted to try and harm Barry and Candi's reputation.

114.  If police officers had not responded to Florence Middle School to investigate the bag, KopBusters would have recovered the bag long before school opened.  KopBusters would never leave a simulated "crack pipe" on school grounds and had a financial interest in recovering the bag because it contained an expensive, hidden GPS unit.

114.5  Captain Nassour conspired with the Williamson County Sheriff's Department to falsely arrest and imprison Barry and Candi.

114.6  Barry was arraigned by Judge Suzanne Brooks in Williamson County, Texas.  It is rumored that Judge Brooks is going to mistreat Barry in Williamson County court and that she will not tolerate any KopBuster stings.

## **Barry and Candi's Handicapped Son, Zack, Is Taken Because Of The Illegal Raid and Arrest**

115.  Prior to the Williamson County raid and because Candi and Barry needed to move to Travis County, Texas for their job and to provide Z█████ with one of the best hearing impaired programs in the world, Candi requested that David Johnston, Zack's biological father, lift the geographical restrictions off Z███ and allow the move.

116.  Candi Cooper, and David Johnston, were separated in 2003 and were divorced in 2004 in Upshur County, Texas.  Candi has had custody and/or primary residency of Z█████ J██████ since the separation and Barry has had custody of Z██ since late 2004.

117.  In the divorce judgment, it was ordered primary residence of Z███ shall remain in Upshur or contiguous counties.

118.  Z█████ J████████s 8 years of age and is partially deaf and diagnosed with a mild

case of Cerebral Palsy.

119.  David Johnston agreed to allow Candi to move Z⬛ within a 225-mile radius of Upshur County, Texas, which includes Travis County, Texas.

120.  David instructed Candi to go to David's lawyer's office, Attorney Todd Teffteller, to sign the ORDER MODIFYING PRIOR ORDER IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP (Exhibit R-1), which would lift the contiguous county restriction.

121.  David explained it cost him one hundred dollars to have his lawyer, Todd Teffteller, draft the order so Candi and Barry agreed to pay the expense and gave David a check (Exhibit R-2) for the amount of one hundred dollars.

122.  On July 25, 2008, Candi drove to Todd Teffteller's office, signed the Order and obtained her copy.

123.  On August 1, 2008, Barry and Candi, along with their four children, Z⬛, C⬛ K⬛ and K⬛, moved to 2512 Grand Mission Way, Pflugerville, Texas located in Travis County where Candi complied with the standard visitation orders by exchanging Z⬛ with David every-other weekend.

124.  David Johnston not only had full and continuing knowledge of Barry and Candi's activism, but he also supported their efforts and frequently partied and smoked marijuana with Barry Cooper.  The relationship between Barry, Candi and David was such that David spent a weekend lodged at Barry and Candi's new home in Pflugerville, Texas.  Barry and Candi had no idea David was secretly planning with Todd Teffteller and others to remove Z⬛ from our home.  David Johnston was acting as a police informant.

125.  Shortly after the Williamson County raid, while exercising his Spring Break visitation with Z⬛ David filed a TEMPORARY RESTRAINING ORDER in Upshur County, Texas to retain and maintain primary residency of Zack.  In the TRO, David claimed Barry and Candi's activism and their use of marijuana endangered Z⬛ Todd Teffteller drafted the TRO.

126.  This is an exact excerpt of the TRO affidavit signed by David Johnston alleging the child endangerment.

*"My name is David Brandon Johnston, and I am the biological father and joint managing conservator of my son, Z⬛⬛⬛ J⬛⬛. Candace joy Cooper and her present husband, Barry Cooper, are self-proclaimed nationally recognized marihuana legalization proponents and they sell and distribute products to school people on how to buy, use, grow, and cultivated cannabis and related products.  My ex-wife and her husband, particularly her husband, have appeared many times in the national media such as Fox News and MSNBC, among others.  The Coopers have been published in worldwide magazines such as Cannabis Culture and Maxim.  The Coopers promote their lifestyle through their websites knows as NeverGetBusted.com and KopBusters.com.  In the Coopers' promotional materials and on at least one nationally syndicated news story, Mr. Barry Cooper explains to the host interviewing him that my ex-wife, Candi Cooper, is now his "soul-mate" and was previously his "pot-dealer, who switched him from Vodka*

*to pot at or about the time he married her." Fox News-Freedom Watch, Judge Napolitano. The Coopers attend cannabis festivals and take Zachary with them and other children that live in their household. The children are regularly told that illicit drugs such as cannabis are not harmful, and that it is, in fact, "okay to use drugs." Barry Cooper tells the world as often as he can that his parents lied to him about narcotics, the public school system lied to him about narcotics, and the church lied to him about narcotics, and that everything he had been taught growing up about narcotics is false and is a lie. More recently, one of the Coopers has been arrested in Williamson County, Texas for the misdemeanor offense of possession of marijuana that was found in the Coopers' hone where they have been residing with my son, Zachary, emanating from Mr. Cooper's arrest by the Williamson County Sheriff's Department for the offense of making a false report to a police officer. This recent turn of events crosses the line from advocacy to illicit drug abuse. I have tried to tolerate the Coopers and their lifestyle as long as I can. My son Z█████ does not deserve to be raised in a household that uses illicit drugs, abuses drugs, and where they derive the majority of their income on the advocacy of how to engage in illegal conduct. I believe Candi's lifestyle significantly impairs Z█████ physical health and emotional development. I am requesting the court enter a temporary restraining order excluding Candi and Barry from any possession or access to Z████ pending the first hearing in this case, and that after the first hearing that her visitation and access to Z████ be supervised."*

127.  These statements are absurd to Barry and Candi because David not only supported Barry and Candi's activism but he also regularly smoked marijuana with Barry.  Barry and Candi have taken the older kids to cannabis festivals but have never taken Z██ so David Johnston lied in the sworn affidavit.  Furthermore, Barry and Candi have never told their children "it is okay to use drugs" so David lied again in the affidavit.

128.  These statements are also absurd because Barry and Candi have successfully raised four children.  Their daughter, K██ Cooper, started college at the age of 16 and is very popular in the community.  Their daughter, K████, is 14 years old and is starting college next year.  She is also very popular in the community.  Their other son, Colton Langford, is also an excellent student and popular as well.  None of the Cooper's children have ever had any discipline problems at school or with the police.

129.  Immediately after receiving the TRO, Barry and Candi contacted David.  Barry said to David, "David! I thought we were all friends.  How could you do this? I just allowed you to run $800 you owed me on taxes through child support so you wouldn't be behind and you even spent the weekend with us as a friend." David began laughing and replied, "Fuck you Barry Cooper.  Every since you stopped preaching you turned evil.  God's going to get you and Candi and we never were friends.  I was tricking you the whole time."

130.  Barry and Candi have a clear audio recording of David laughing and admitting he defrauded us.

131.  The affidavit makes it clear that Barry and Candi are being targeted and persecuted by Todd Teffteller and David Johnston for exercising their First Amendment right to speak freely against certain government policies.

132.  It is clear that if Barry and Candi never exercised their Freedom Of Speech and remained silent regarding the legalization of marijuana, Z██ never would have been taken from them.  It's clear that if Barry and Candi had never aired the Williamson

County Captain stealing drug money, Z▆▆ never would have been taken from Barry and Candi.

## Upshur County Court Mistreats Barry and Candi Again

133. Shortly after the raid Z▆▆ being removed from the Cooper's home and while waiting the ten days for the TRO hearing in Upshur County, Texas, in further retaliation the Williamson County Sheriff's Department attempted to file Endangering A Child on Barry and Candi and called upon Child Protective Services to launch an investigation.

134. In an attempt to further damage Barry and Candi's reputation and to falsely imprison Barry and Candi and take their kids, the Williamson County Sheriff's Department lied in their report to CPS. In their written report to CPS, the Williamson County Sheriff's Department claimed:

*"Barry and Candi encourage their children to use marijuana and publicly admit to allowing the children in the home to smoke drugs."*

135. Barry and Candi never encourage their children to use marijuana and have never publicly nor privately admitted to allowing their children to smoke drugs. In fact, during the CPS investigation, Barry volunteered to have his children drug tested.

136. Another example of injustice is found in the CPS report, under the section titled "Emotional State and Behaviors" where the Williamson County Sheriff's Department listed my daughter crying during the raid as a sign of abuse:

*"Outburst of crying for no reason observed during the execution of a search warrant at the residence."*

137. Barry and Candi's 14 year old daughter, K▆▆▆, had sudden outburst of crying during the raid because the police were pointing guns at her family, yelling orders, searching the house and taking her dad to jail. Williamson County's assessment of K▆▆▆ reactions during the raid is ludicrous and further points to their retaliatory personality.

138. Williamson County also stated in the report that:

*"Parents are unsuitable and create an environment where the children believe the government is out to harm them."*

This statement is a direct attack on Barry and Candi's First Amendment Right to Freedom of Speech.

139. Williamson County also stated in the report that Barry and Candi:

*"Does not believe in church. Barry Cooper hates his father and wants him to die."*

This statement is a direct attack on Barry and Candi's First Amendment Right to their Freedom of Religion and "not believing in church" should never be used as a gauge to decide if citizens are good or bad parents.

140. Since Barry and Candi lived in Travis County, Texas, Williamson County contacted Travis County to try and secure the arrest warrants. Travis County would not issue the arrest warrants until CPS completed their investigation.

141. The final conclusion of CPS investigation can be explained in the statement written in the CPS report by Travis County Deputy District Attorney, Dayna Blazey:

*"Don't have enough evidence to file for COS. Don't think there's much else you can do if you've talked to him and the kids and everyone denies the allegations and there is nothing to indicate that the kids are at risk. They look pretty happy and healthy and well cared for to me."*

142. Although no charges of Endangering A Child were filed, Barry and Candi were tormented by not knowing if they were going to be unfairly charged with this felony and lose their children. If Barry and Candi resided in Williamson County, the Williamson County Sheriff's department would have secured the illegal arrest warrants for Endangering a Child just as they secured the illegal search and arrest warrants one week before.

143. While waiting for the TRO hearing, Barry and Candi recorded a clear telephone conversation between Barry Cooper and David Johnston. During the 9-minute conversation, David can be heard laughing throughout the conversation as he brags about how he tricked Barry and Candi into believing the ORDER MODIFYING PRIOR ORDER IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP had been filed. David also admits he received and cashed the one hundred dollar check but spent it elsewhere. David can be heard saying he tricked Barry and Candi because they "are gay."

144. On April 14, 2010, A Venue Transfer hearing was held in Upshur County 115th District Court, Gilmer, Texas cause number 247-06. On that day, Judge Paul Banner denied Barry and Candi's request to transfer the venue of a Final Custody Hearing from Upshur County to Travis County, Texas. Judge Paul Banner heard the following testimony, reviewed all three exhibits, heard the closing arguments and intentionally abused his discretion by purposely ignoring current laws and denying Barry and Candi the transfer. Judge Paul Banner's abuse of discretion is outlined below:

145. The Venue Transferring from Upshur County to where it legally belongs, Travis County, is vital to Barry and Candi getting Zack back because Barry and Candi have consistently been mistreated in Upshur County family court and can never get a fair hearing in that jurisdiction. David Johnston and his lawyer, Todd Teffteller, know they don't have a chance to win Zack in Travis County.

146. During the Venue hearing, David testified and admitted he purposely defrauded

Barry and Candi by not filing the modification order but allowed Barry and Candi to believe the order had been filed. David further testified he deceived Barry and Candi because he didn't trust Barry and Candi.

147. During the Venue hearing, Judge Paul Banner, was made aware that Travis County should have venue because Z█████ Johnston had lived in Travis County for almost two years, which easily satisfied the current standard of six months as set out by the **Texas Family Code - Section 155.201.**

148. During the closing arguments, Todd Teffteller referred to the "Hughey" case where the transfer of venue was denied and Todd further stated it matched Barry and Candi's circumstances.

149. It is clear the "Hughey" case is not similar to this venue argument because the mother in the "Hughey" case intentionally violated the current orders and removed the child from the contiguous county and made no attempt to modify the orders. In Barry and Candi's case, not only did Candi and Barry NOT intentionally violate any court orders but they also made an attempt to modify the orders and believed the modification orders were filed.

150. Barry and Candi further believed they were acting in a legal manner because they exchanged Z██ with David every-other weekend and David had spent one weekend as a friend/guest in Barry and Candi's home in Pflugerville, Texas with David never mentioning that Barry and Candi moved Zack illegally.

151. Barry and Candi filed an appeal (Mandamus) with the 6th Circuit Court Of Appeals asking that Judge Paul Banner's decision be reversed based on current law that clearly states Travis County has jurisdiction in this matter because Z█████ J██████ has resided in Travis County for over 6 months.

152. Judge Paul Banner conspired with court reporter, Patricia Harris, to withhold the Change of Venue transcript needed for the Coopers to file the Mandamus against Judge Banner.

153. It took Barry and Candi two full months to obtain the transcript needed for the Mandamus. Patricia Harris refused to communicate with the Cooper's via telephone and/or email. She would only mail communications through U.S.P.S.

154. When Barry and Candi realized this form of communicating was wasting valuable time needed to prepare for the Final Hearing scheduled in late July, Barry contacted Judge Banner by telephone who promised to get the transcript to Barry.

155. Barry called Judge Banner at least twice a week to check the status of the transcript.

156. It took Judge Banner a full 45 days to obtain the transcript. The 45 days spent waiting on Judge Banner and the 15 days of non-communication with Patricia adds to a

total of 60 days.

157.   Barry and Candi filed an unopposed Motion to Continue the Final Hearing because Barry and Candi did not have enough time to file the Mandamus and prepare for the custody battle.

158.   Judge Paul Banner denied the motion but reset the final hearing for one more week making the final hearing August 5, 2010.

159.   This was an unfair ruling because it was Judge Banner who blocked what the Cooper's needed which created the time crunch that triggered the request to continue the final hearing.

160.   The final hearing is still set for August 5, 2010, which does not give Barry and Candi the proper amount of time to prepare.

161.   Barry and Candi are asking the 6th Circuit to reverse Paul Banner's decision because the case used by Todd Tefteller to argue jurisdiction does not apply to Barry and Candi's circumstance.

162.   Barry and Candi are asking the 6th Circuit to reverse Paul Banner's decision based on the admitted fraud of David Johnston.

163.   During the court proceedings, all of Candi and Barry's enemies appeared to testify including Barry's ex-wife, Tammy Grey, Constable Russell Harris, Candi's ex-husband, Tony Langford, Williamson County detective and many other police officers that do not like Barry Cooper.

164.   Barry and Candi were subjected to abuse in court by Judge Paul Banner.  Judge Paul Banner was very rude and condescending in some of his comments in open court. One such statement he made to Kenzie's principle who traveled from Pflugerville, Texas to Upshur County Texas to testify on Barry and Candi's behalf: "Some of us appreciate public schools and we thank you for your testimony."  This statement was made because Barry and Candi were critical of public schools and testified they use a mixture of public schools and home schooling and college to educate their children.

165.   Judge Paul Banner also allowed Todd Teffteller to heckle Barry during Barry's testimony.   When Barry testified that Barry was involved in a bloody fistfight with Constable Harris who was sitting in the courtroom, Todd Teffteller laughed and asked Barry who won the fight.  It's well believed that Constable Harris won the fight so Todd Teffteller was being abusive and sarcastic when asking this question.  Judge Banner allowed the questioning to continue when Barry's lawyer objected.

166.   While exiting the courtroom during a recess, Constable Harris and other officers around him would not stop staring at Barry and were laughing out loud and pointing at Barry.  Tammy Grey whispered the words "Fuck You" to Candi.  Barry had to alert the

bailiffs that the opposing side was trying to pick a fight with Barry. Judge Banner allowed this type of abusive personality to persist throughout the hearing.

167. After the Venue Transfer hearing was over, the court moved immediately to the TRO hearing.

168. Texas CPS investigator testified in court that the Cooper's home was safe and their were no signs of abuse or neglect.

169. Barry, Candi and Zack's Travis County teacher testified that when considering Zack's handicap, it was damaging to his health when David removed Zack from Travis County schools where Zack had attended for two years and placed him in E. Texas schools within the ten days awaiting the hearing.

170. After the testimony, Judge Banner ruled that Zack was to remain in David's custody until the final hearing because it would be detrimental to Zack's health to take him from the E. Texas school and place him back in the Travis County school.

171. This ruling was unfair, bias and insane considering Zack had only attended the new E. Texas school for one day.

171.5  When deciding who Zack would live with, it made no difference to Judge Banner that Zack had lived with Candi Zack's entire life. It made no difference to Judge Banner that Barry and Candi were the ones who taught him to count, potty trained him and spent hundreds of hours with Zack at various hospitals to diagnose his illness. David only visited Zack every other weekend and missed visitation often. It made no difference to Judge Banner that Barry and Candi had a stable job and marriage. It made no difference to Judge Banner that Zack's siblings would no longer be a part of his care and structure. It made no difference to Judge Banner that David lived with his mother, Margaret Johnston, and had just moved into a trailer with his new girlfriend and three small children without being married. In other words, Judge Banner gave Zack to David who has never shown any stability instead of leaving Zack with Barry and Candi who have proven their stability. It made no difference to Judge Banner that CPS and Zack's teachers and the community vouched for Barry and Candi as being excellent parents to Zack. It made no difference to Judge Banner that David has never had a track record of being a good father. Judge Banner abused his discretion and blindly ruled against Candi and Barry on every matter because Judge Banner is involved in the conspiracy to silence Barry and Candi.

172. Barry and Candi's supporters who witnessed the Transfer hearing and TRO hearing were all terrified that a court could be so unfair and made many comments stating the judge, lawyers and witnesses were not concerned about Zack but were only concerned with getting even with Barry Cooper.

173. After the raid and after Zack was taken, Fox News' Judge Napolitano's Freedom Watch, contacted Barry for an interview regarding the raid and loss of Zack. Reporter,

Michael May, and RawStory reporter, Stephen Webster, also contacted Barry and Candi. Reporter Michael May produced a story of the raid and aired it on National Public Radio (NPR) "This American Life." He also printed the story in the Texas Observer, which featured Barry on the front cover. Because of Stephen Webster's online reporting, Barry and Candi's story went viral on the Internet. All of these reporters make it clear in their writings that the evidence shows Barry and Candi have become the target of a conspiracy because of their activism.

## KopBuster Sting: Odessa, Texas

174. In December of 2008, KopBusters rented a house in Odessa, Texas and began growing two small Christmas trees under a grow light similar to those used for growing marijuana.

175. The operation was planned as a way to bring attention to Yolanda Madden, an Odessa woman, who was serving an 8-year prison sentence for Possession of Methamphetamine that the Odessa narcotics unit planted on her.

176. Madden was imprisoned in 2005 on a conviction of intent to distribute methamphetamine within 1,000 feet of a school zone, was the reason that Barry Cooper came to Odessa, Texas last December

177. After being hired to embarrass the local police by Yolanda's father Raymond, Cooper set up the fake marijuana grow house and baited officers to stage an illegal raid. When they did, police were confronted by an empty house and lots of cameras, with a hand-written poster explaining they had become part of a new reality show called "KopBusters".

178. When faced with a suspected marijuana grow, the police usually use illegal FLIR cameras and/or lie on the search warrant affidavit claiming they have probable cause to raid the house. Instead of conducting a proper investigation, which usually leads to no probable cause, the police often lie on the affidavit claiming a confidential informant saw the plants and/or the police could smell marijuana coming from the suspected house.

179. If the officers investigate properly and do not discover enough probable cause for a search warrant, they will often draft a search warrant affidavit and have a judge sign it without there being sufficient probable cause to obtain the warrant.

180. The trap was set and less than 24 hours later, the Odessa narcotics unit raided the house only to find KopBuster's attorney waiting under a system of complex gadgetry and spy cameras that streamed online to the KopBuster's secret office nearby.

181. The attorney was handcuffed and later released when eleven KopBuster detectives arrived with the media in tow to question the illegal raid.

182. The 'Kop Busters' sting was the feature of a CBS 7 report, aired Dec. 4, 2008 and

also went viral on the Internet.

183.  On Dec. 18, a federal judge in Odessa granted Yolanda Madden her freedom, allowing her to walk out of federal custody for the first time in nearly five years.

184.  Federal judge Rob Junell ordered Madden's sentence vacated because the prosecution had withheld evidence that might have negated a key piece of material evidence.

185.  Barry and Candi attached this case and the 'KopBuster' program to Barry's attorney general campaign as proof that citizens can band together to fight corruption.

186.  On the CBS news video, Madden's grandmother literally dances for joy after embracing her granddaughter for the first time in years.

187.  This video was broadcast by CBS 7 in Odessa on Dec. 18, 2009.

## Texas Rangers Arrest Barry and Candi For Odessa Sting

188.  On June 28, 2010 while Barry was asleep, Candi answered a knock at their residence located at 401 Little Texas Lane, Austin, Texas.

189.  A white female dressed in civilian clothes advised she had accidentally backed into Barry and Candi's Suburban and she wanted to exchange insurance.  When Candi and my daughter, Kenzie, walked to the parking lot to investigate, The Texas Rangers swarmed Candi and placed her under arrest.

190.  Kenzie ran back inside her home, locked the door and woke Barry in a panic stating the police just arrested her mom.

191.  Barry ran to the door and peered through the peephole and noticed several Texas Rangers standing outside the front door.  The Rangers explained they had an arrest warrant issued out of Odessa for Candi and Barry for misdemeanor False Report to a Peace Officer stemming from the Odessa KopBuster sting that freed Yolanda Madden.

192.  Barry refused to open the door stating he would turn himself in with his lawyer and scolded the Texas Rangers for affecting their arrest in this manner.  Barry explained they could have called Barry or Barry's lawyer and Barry and Candi would have turned their selves in.  Barry also explained to the Rangers that their arrests are nothing more than retaliation for embarrassing the Odessa police department during the KopBuster sting.

193.  Barry also reminded the Rangers that Barry was in possession of a clear audio recording of an Odessa Texas Ranger threatening to assault Barry that Barry secretly recorded during a phone interview shortly after the Odessa sting.  Barry released the video on Youtube where it remains viewable to the public.  The Ranger can clearly be

heard saying to Barry:

*"Let me tell you this. You're a pretty big talker when you're three or four hundred miles away. If you were in person, I'd probably whoop your ass."*

194.   While under arrest, Candi explained her feet were burning because she was barefooted and temperatures outside were approaching 100 degrees.   It took several complaints before the Rangers removed Candi from the hot pavement and placed her in a patrol car. 7. Candi sustained burns on the bottom of her feet because of the arrest.

195.   Candi also complained the handcuffs were too tight and cutting her wrists.   The Rangers refused to adjust her handcuffs.

196.   Candi was booked into the Travis County Jail where she remained in solitary confinement for 12 hours before her bond was set at $2000.

197.   After bonding out of jail, red marks and bruises could be seen on Candi's wrist because of the handcuffs.

198.   On July 2, 2010, Barry turned himself in to the Department of Public Safety officers located at the Texas State Capitol.

199.   Barry spent 14 hours in solitary confinement until his bond was set at $1000.

200.   Barry knows from past law enforcement experience that the Texas Rangers never investigate persons for 19 months to only charge them with a misdemeanor.   Since Barry and Candi's arrest is totally contrary to the Texas Rangers mode of operating and causes the Ranger's motives to be questioned.

201.   In the search warrant affidavit used to raid the KopBuster house, the Odessa police claim a preacher gave the Odessa police an anonymous letter advising marijuana was being grown at the raid location.

202.   In the arrest affidavit used to arrest Barry and Candi, the Texas Rangers claim an anonymous letter was delivered to the Odessa police department but not by Barry or Candi.

203.   The Odessa Police Department conspired with the Texas Rangers to illegally arrest and falsely imprison Barry and Candi because Barry and Candi embarrassed the Odessa Police Department by exposing their corruption.

203.5 Within 30 minutes of Candi being arrested, David sent Barry a Text message asking if he needed to come get Z██ because Z██ was visiting Barry and Candi and David knew Candi had been arrested.   This proves the conspirators are communicating closely with each other.   This proves the Texas Rangers notified David Johnston of the upcoming arrest.   David Johnston told Barry that Todd Teffteller notified David of Candi's arrest.   This proves the Texas Rangers are in close communication with Todd

Teffteller.

## Upshur County Family Court Mistreats Barry and Candi Regarding Colton Langford

204. Prior to the raid and six months after moving to Travis County, Texas, Colton Langford's biological father, Tony Langford, filed a Temporary Restraining Order in Upshur County court to keep C████.

205. The Cooper's and Tony had an agreement filed in Upshur County that C████ would live with the Cooper's for six months and then live with Tony for six months.

206. Upon taking custody of Colton for his six-month stay, Tony filed a TRO outlining Barry and Candi's activism as the reason for restraining Barry and Candi from seeing Colton. The terms included supervised visitation.

207. Tony and his lawyer, Mike Martin, abused the family court system to bully Barry and Candi into releasing primary residency to Tony. Tony failed to file an affidavit that described any abuse or neglect. The affidavit merely stated Barry and Candi were marijuana activists.

208. Candi had full custody of Colton for 12 years and Barry had custody of Colton for 6 years when Tony filed the TRO. While having full custody of Colton, Barry and Candi never used the court papers to keep Colton from Tony and always allowed Tony to see Colton whenever he wanted.

209. Just like the David Johnston case, Barry and Candi thought they were close friends with Tony. Barry and Candi gave Tony back his child support payments every month for over two years because Tony had other children and was not making a lot of money.

210. Tony knew of Barry and Candi's activism for several years so Barry and Candi couldn't understand why their activism was all a sudden an issue for Tony.

211. Mike Martin abused his leadership and manipulated the legal system to abuse Barry and Candi.

## Miscellaneous

212. The civil and criminal cases arising from this conspiracy have placed Plaintiffs in the position of receiving unequal treatment of the state and federal constitutional law involved in this case. In addition to Plaintiff's claims of injury due to deprivation of their 4,5,6,8 and 14 constitutional rights, Plaintiffs also claim for damages resulting from Defendant's deprivation of Plaintiff's Texas Constitutional rights. Plaintiffs seek damages for violations of the Texas Tort Claims Act and other Texas statutory claims and claims under the common law causes of action of fraud, official oppression, false statement, false imprisonment, malicious prosecution and others.

213. The conspiracy between these Defendants has damaged Plaintiffs. This conspiracy involves all Defendant's and may encompass on or more entities yet unknown. The members have all committed acts in furtherance of the conspiracy between them. All defendants have engaged in fraudulent and malicious conduct entitling Plaintiffs to an award of exemplary damages from Defendants.

## RELIEF REQUESTED

Plaintiffs request the court to order the following:

1. Award plaintiffs forty million dollars ($40,000,000)
2. Order the Williamson County Sheriff's Department to immediately return plaintiff's property so plaintiff can earn a living.
3. Order all officers involved to resign and strip them of their peace officer's license.
4. Place a temporary restraining order on all defendants, which would protect plaintiffs from farther retaliation.
5. Grant plaintiffs a continuance for the Final Hearing in the custody battle over plaintiff's son, Z█k J███████. The final hearing is scheduled for August 5, 2010 in Upshur County District Court.

## NAMES AND ADDRESS OF DEFENDANTS

David Johnston
301 County Rd 3540
Hawkins, TX 75765-4926

Margaret Johnston
915 Buttercup Rd
Gilmer, TX 75645

Attorney Todd Tefteller
403 West Tyler St
Gilmer, TX 75644

Attorney Mike Martin
105 Simpson St
Gilmer, TX 75644

Judge Paul Banner
405 North Titus St
Gilmer, TX 75644

Tony Langford
5010 Eylau Loop Rd
Liberty Eylau, TX 75501-9181

Judge Judy Hobbs
211 West 6th St
Taylor, TX 76574

Tammy Gray
512 US Highway 259 North
Ore City, TX 75683

Gary Haston
508 S. Rock St
Georgetown, TX 78626

Sheriff James Wilson
508 S. Rock St
Georgetown TX 78626

Williamson County Sheriffs Office
508 S. Rock St
Georgetown TX 78626

Williamson County Jail
306 West 4th St
Georgetown, TX 78626

Odessa Police Department
205 N. Grant St
Odessa, TX 79762

Texas Rangers
13730 N. Highway 183
Austin, TX 78750-1812

Williamson County
3151 Southeast Inner Loop
Georgetown, TX 78626

City Of Odessa
411 West Eighth St
Odessa, TX 79769

Patricia Harris
405 North Titus St
Gilmer, TX 75644

Constable Russell Harris

Upshur County Sheriff's Department
Gilmer, TX 75644

Judge Suzanne Brooks
Williamson County District Court
Georgetown, TX 78626

Cpt. Nassour
Liberty Hill Police Department
Liberty Hill, Texas

Williamson County Sheriff's Department
Georgetown, Texas


Respectfully submitted,


Barry Cooper
P.O. Box 41407
Austin, Texas 78704
903 574 3893
Pro Se


Candi Cooper
P.O. Box 41407
Austin, Texas 78704
903 574 3893
Pro Se