IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BARRY COOPER; CANDI COOPER; K.C., a minor; K.C., a minor; C.L., a minor; and Z.J., a minor,

    Plaintiffs,

-vs-                                                            Case No. A-10-CA-548-SS

WILLIAMSON COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the Motion to Dismiss Suit [#37] filed by Barry Cooper and Candi Cooper on October 8, 2010, the same date this Court granted motions to dismiss by all parties, and it appearing that the plaintiffs in this lawsuit wish to discontinue this suit by filing a motion to dismiss without prejudice rather than filing an amended complaint, the Court enters the following:

    IT IS ORDERED that the plaintiffs' Motion to Dismiss Suit is GRANTED, and the above-styled and numbered cause is DISMISSED without prejudice to the rights of any party herein.

SIGNED this the 13th day of October 2010.

                                                                      Sam Sparks
                                                    UNITED STATES DISTRICT JUDGE